NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KRISTIN LEE GUOAN FISHER,              )
                                       )
          Appellant,                   )
                                       )
v.                                     )      Case No.  2D17-4295
                                       )
BARRY HOEY,                            )
                                       )
          Appellee.                    )
_____)

Opinion filed September 12, 2018.

Appeal from the Circuit Court for Collier
County; Mary C. Evans, Judge.

Michael E. Chionopoulos, Fort Myers,
Bartow, for Appellant.

No appearance for Appellee.


PER CURIAM.

          Affirmed.



LaROSE, C.J., and SILBERMAN and LUCAS, JJ., Concur.